IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-03-0327 MMC |
| Plaintiff, | **ORDER ASSIGNING CASE TO ELECTRONIC CASE FILING PROGRAM** |
| v. | |
| CORIE MCNAIR, | |
| Defendant. / | |

In light of the requirements of the E-Government Act of 2002, IT IS HEREBY ORDERED that the case is assigned to the Electronic Case Filing Program, pursuant to General Order No. 45. All further filings shall be filed electronically, subject to the exceptions and exclusions set forth in section VII of General Order No. 45.[1]

**IT IS SO ORDERED.**

Dated: February 20, 2008

MAXINE M. CHESNEY
United States District Judge

---

[1] The parties are reminded that, pursuant to General Order 45, the parties shall deliver to the Clerk's Office, "no later than noon on the business day following the day that the papers are filed electronically, one paper copy of each document that is filed electronically . . . marked 'Chambers Copy' and . . . clearly marked with the judge's name, case number, and 'Chambers Copy-Do Not File.'" See General Order 45 § VI.G.