IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CORIE MCNAIR,<br><br>    Defendant.<br>_____/ | No. CR-03-0327 MMC<br><br>**ORDER SETTING STATUS CONFERENCE** |

    The above-titled matter having been pending since 2003, defendant having been referred in 2004 to the Federal Medical Center in Butner, North Carolina, and the last status statement having been provided in 2006, the Court hereby SETS a Status Conference on March 19, 2008 at 2:30 p.m. Counsel for the respective parties shall file, no later than March 12, 2008, either a joint statement or separate statements concerning the status of the case.

    The presence of the defendant is not required for said conference.

    **IT IS SO ORDERED.**

Dated: February 20, 2008

                                     MAXINE M. CHESNEY<br>
                                     United States District Judge