IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>CORIE MCNAIR,<br><br>    Defendant.<br>_____/ | No. CR-03-0327 MMC<br><br>**ORDER STRIKING DEFENDANT'S FILING OF APRIL 25, 2008** |

    The Court is in receipt of defendant Corie McNair's pro se filing of April 25, 2008, entitled "Motion for Order Granting the Dismissal of All Criminal Offenses Pending in Federal Court." Defendant is represented in the instant action by counsel.

    Where, as here, a criminal defendant is represented by counsel, a motion filed by the defendant himself, and going to the merits of the prosecution, is not properly before the Court and, consequently, may be stricken. See United States v. Bergman, 813 F.2d 1027, 1030 (9th Cir. 1987).

    Accordingly, the above-referenced filing is hereby STRICKEN.

    **IT IS SO ORDERED.**

Dated: April 28, 2008

                                             MAXINE M. CHESNEY<br>                                             United States District Judge