RECEIVED

FEB 2 4 2009    E-filing

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

                      Plaintiff,

    v.

CORIE McNAIR,

                    Defendant.

No. CR 03-0327 MMC

[~~PROPOSED~~] ORDER RELIEVING THE FEDERAL PUBLIC DEFENDER AS COUNSEL

~~FILED UNDER SEAL~~ MMC

For good cause shown the Federal Public Defender for the Northern District of California, and specifically, Assistant Federal Public Defender Steven G. Kalar, is relieved as counsel for Mr. Corie McNair.

The Court hereby authorizes the appointment of Criminal Justice Act counsel to replace Mr. Kalar and to represent Mr. McNair in the above-entitled action.

IT IS SO ORDERED.

FEB 2 3 2009

DATED

MAXINE M. CHESNEY
United States District Court Judge

*McNair*, CR 03-0327 MMC
ORD. RE: CJA COUNSEL