BRENDAN CONROY CSB 114726
Attorney at Law
255 Kansas St. Ste. 340
San Francisco, CA 94103
415-565-9600
415-565-9601

Attorney for Defendant
McNAIR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR- 03-0327 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| CORIE McNAIR, | |
| Defendant. | |
| _____/ | |

The parties hereby stipulate that the status conference on this matter, currently set for July 28, 2009 at 2:15 p.m., be continued, and that a new date for the status conference be set for September 16, 2009 at 2:15 p.m.

The reason for the continuance is that Mr. McNair remains at Metropolitan Detention Center in Los Angeles awaiting completion of his competency evaluation pursuant to 18 U.S.C. 4241. The evaluation is not expected to be completed before September 4, 2009.

The Court should find that the time from July 28, 2009 until September 16, 2009, is excluded from Speedy Trial Act computation on the grounds that the defendant is pending examination to determine his competency and such time is excludable under 18 U.S.C

1

3161(h)(1)(A).

1

2  Date_____

3

4

5  __/s/_____
   BRENDAN CONROY
6  Attorney for Defendant

7

8  _/s/_____
   OWEN MARTIKAN
9  Assistant United States Attorney

10

11

12      GOOD CAUSE APPEARING, the status conference in this matter is

13  continued from July ~~28,~~ 29 2009 at ~~2:15~~ 2:30 p.m. to September 16, 2009 at

14  ~~2:15~~ 2:30 p.m.   The Court finds that the time from July ~~28,~~ 29 2009 until

15  September 16, 2009, should be excluded from Speedy Trial Act

16  computation on the grounds that the defendant is pending examination

17  to determine his competency, and such time is excludable pursuant to

18  18 U.S.C  3161(h)(1)(A).

19  Date_July 29, 2009_____

20

21

22  _____
    UNITED STATES DISTRICT COURT

23

24

25

26

27

28

2