BRENDAN CONROY CSB 114726
Attorney at Law
255 Kansas St. Ste. 340
San Francisco, CA 94103
415-565-9600
415-565-9601

Attorney for Defendant
McNAIR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR- 03-0327 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| CORIE McNAIR, | |
| Defendant. | |

The parties hereby stipulate that the status conference in this matter, currently set for September 16, 2009 at 2:30 p.m., be continued, and that the status conference be re-set for October 14, 2009 at 2:30 p.m.

The reason for the continuance is that Mr. McNair remains at Metropolitan Detention Center in Los Angeles awaiting completion of his competency evaluation pursuant to 18 U.S.C. 4241. The evaluation is not expected to be completed before October 2, 2009.

The Court should find that the time from September 16, 2009 until October 14, 2009, is excluded from Speedy Trial Act computation on the grounds that the defendant is pending examination to determine his competency and such time is excludable under 18

1

U.S.C 3161(h)(1)(A).

Date_____

/s/_____
BRENDAN CONROY
Attorney for Defendant

/s/_____
OWEN MARTIKAN
Assistant United States Attorney

    GOOD CAUSE APPEARING, the status conference in this matter is continued from September 16, 2009 at 2:30 p.m. to October 14, 2009 at 2:30 p.m.  The Court finds that the time from September 16, 2009 until October 14, 2009, should be excluded from Speedy Trial Act computation on the grounds that the defendant is pending examination to determine his competency, and such time is excludable pursuant to 18 U.S.C 3161(h)(1)(A).

Date_September 15, 2009_____

_____
UNITED STATES DISTRICT COURT

2