BRENDAN CONROY CSB 114726
Attorney at Law
255 Kansas St. Ste. 340
San Francisco, CA 94103
415-565-9600
415-565-9601

Attorney for Defendant
McNAIR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR- 03-0327 MMC |
| Plaintiff, | **STIPULATION AND ~~[PROPOSED]~~ ORDER** |
| v. | |
| CORIE McNAIR, | |
| Defendant. | |

The parties hereby offer the following stipulation and proposed scheduling revisions for the motion to dismiss the indictment.

On December 9, 2009 this court set a briefing schedule, and scheduled a hearing on a motion to dismiss the indictment for February 3, 2010 at 2:30 p.m.. Generally, the issue before the court is whether the indictment should be dismissed because Mr. McNair has not been restored to competency since the initial finding of incompetency on March 8, 2004.

Counsel for the defendant was overly optimistic regarding his ability to gather documents from a variety of sources (e.g. the Federal Medical Center at Butner, North Carolina, the Metropolitan Detention Center in Los Angeles) in order to file the motion by December 23, 2009. Therefore, the parties propose the following revised schedule, which essentially moves the hearing, and all pleadings, back two weeks.

Under the revised schedule, Defendant's motion to dismiss the indictment would be due on

1

January 6, 2010. The government's opposition would be due on January 27, 2010. The defendant's reply, if any, would be due on February 3, 2010. The hearing on the motion would be held on February 17, 2010 at 2:30 p.m.

The Court should find that the time from December 9, 2009 until February 17, 2010, is excluded from Speedy Trial Act computation on the grounds that the defendant has been found incompetent and such time is excludable under 18 U.S.C 3161(h)(4).

Date_____

Respectfully submitted,

 /s/_____
BRENDAN CONROY
Attorney for Defendant

 /s/_____
OWEN MARTIKAN
Assistant United States Attorney

GOOD CAUSE APPEARING, the hearing on the motion to dismiss is continued from February 3, 2010 at 2:30 p.m. to February 17, 2010 at 2:30 p.m. Defendant's initial pleading is due on January 6, 2010. The government opposition is due on January 27, 2010. The defendant' reply, if any, is due on February 3, 2010.

The Court finds that the time from December 9, 2009 until February 17, 2010, should be excluded from Speedy Trial Act computation on the grounds that the defendant has been found incompetent and such time is excludable pursuant to 18 U.S.C 3161(h)(4).

Date: December 29, 2009

_____
UNITED STATES DISTRICT COURT

2