BRENDAN CONROY CSB 114726
Attorney at Law
255 Kansas St. Ste. 340
San Francisco, CA 94103
415-565-9600
415-565-9601

Attorney for Defendant
McNAIR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR- 03-0327 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| CORIE McNAIR, | |
| Defendant. | |

The parties hereby stipulate that the status conference in this matter, currently set for April 21, 2010 at 2:30 p.m, . may be continued to June 9, 2010 at 2:30 p.m.

The reason for the continuance is that Mr. McNair's extensive psychiatric history is still being gathered in preparation for an expert evaluation on whether it is likely that Mr. McNair will ever regain competency.

The Court should find that the time from April 21, 2010 until June 9, 2010 is excluded from Speedy Trial Act computation on the grounds that the defendant is pending examination to determine his competency and such time is excludable under 18 U.S.C 3161(h)(1)(A).

1

1  Date_____

2

3

4  \_/s/_____
   BRENDAN CONROY
5  Attorney for Defendant

6

7  \_/s/_____
   OWEN MARTIKAN
8  Assistant United States Attorney

9

10

11      GOOD CAUSE APPEARING, the status conference in this matter is continued from April

12  21, 2010 at 2:30 p.m to June 9, 2010 at 2:30 p.m..   The Court finds that the time from April 21,

13  2010 until June 9, 2010, should be excluded from Speedy Trial Act computation on the grounds that

14  the defendant is pending examination to determine his competency, and such time is excludable

15  pursuant to 18 U.S.C  3161(h)(1)(A).

16  Date_ April 20, 2010\_\_

17

18

19  _____
    UNITED STATES DISTRICT COURT
20

21

22

23

24

25

26

27

28

2