1  BRENDAN CONROY CSB 114726
   Attorney at Law
2  255 Kansas St. Ste. 340
   San Francisco, CA 94103
3  415-565-9600
   415-565-9601
4
   Attorney for Defendant
5  McNAIR

6

7                    UNITED STATES DISTRICT COURT

8                   NORTHERN DISTRICT OF CALIFORNIA

9                        SAN FRANCISCO DIVISION

10 UNITED STATES OF AMERICA,              NO. CR- 03-0327 MMC

11           Plaintiff,                   **STIPULATION AND [PROPOSED]
                                          ORDER**
12      v.

13 CORIE McNAIR,

14           Defendant.
   _____/
15
          The parties hereby stipulate that the status conference in this matter, currently set for June 9,
16
   2010 at 2:30 p.m, . may be continued to August 4, 2010 at 2:30 p.m.
17
          The reason for the continuance is that 1) while Mr. McNair's extensive psychiatric history has
18
   been gathered, an expert evaluation has not been completed on the issue of whether it is likely that Mr.
19
   McNair will ever regain competency and 2) counsel for Mr. McNair is currently in trial in San
20
   Francisco Superior Court (*People v. Vu*, #151063) and expects to be in another trial beginning on June
21
   18, 2010.
22
          The Court should find that the time from June 9, 2010 to August 4, 2010 is excluded from
23
   Speedy Trial Act computation on the grounds that the defendant is pending examination to determine
24
   his competency and such time is excludable under 18 U.S.C 3161(h)(1)(A).
25

26

27

28                                                 1

Date_____

\_\_/s/_____
BRENDAN CONROY
Attorney for Defendant

\_\_/s/_____
OWEN MARTIKAN
Assistant United States Attorney

GOOD CAUSE APPEARING, the status conference in this matter is continued from June 9, 2010 at 2:30 p.m to August 4, 2010 at 2:30 p.m.  The Court finds that the time from June 9, 2010 to August 4, 2010 should be excluded from Speedy Trial Act computation on the grounds that the defendant is pending examination to determine his competency, and such time is excludable pursuant to 18 U.S.C  3161(h)(1)(A).

Date_ June 8, 2010____

_____
UNITED STATES DISTRICT COURT

2