BRENDAN CONROY CSB 114726
Attorney at Law
255 Kansas St. Ste. 340
San Francisco, CA 94103
415-565-9600
415-565-9601

Attorney for Defendant
McNAIR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR- 03-0327 MMC |
| Plaintiff, | **STIPULATION AND ~~[PROPOSED]~~ ORDER** |
| v. | |
| CORIE McNAIR, | |
| Defendant. | |

The parties hereby stipulate that the continued motion to dismiss in this matter, currently set for August 4, 2010 at 10:00 a.m, may be continued to October 6 at 2:30 p.m.

The reason for the continuance is that Mr. McNair's psychiatric evaluation has not been completed on the issue of whether it is likely that Mr. McNair will ever regain competency.

The Court should find that the time from August 4, 2010 to October 6, 2010 is excluded from Speedy Trial Act computation on the grounds that the defendant is pending examination to determine his competency and such time is excludable under 18 U.S.C 3161(h)(1)(A).

1

Date_____

\_\_/s/_____
BRENDAN CONROY
Attorney for Defendant

\_\_/s/_____
OWEN MARTIKAN
Assistant United States Attorney

GOOD CAUSE APPEARING, the ~~status conference~~ [hearing on defendant's motion to dismiss] in this matter is continued from August 4, 2010 at 10:00 a.m. to October 6, 2010 at 2:30 p.m.  The Court finds that the time from August 4, 2010 to October 6, 2010 should be excluded from Speedy Trial Act computation on the grounds that the defendant is pending examination to determine his competency, and such time is excludable pursuant to 18 U.S.C 3161(h)(1)(A).

Date\_\_ August 2, 2010\_

_____
UNITED STATES DISTRICT COURT

2