BRENDAN CONROY CSB 114726
Attorney at Law
255 Kansas St. Ste. 340
San Francisco, CA 94103
415-565-9600
415-565-9601

Attorney for Defendant
McNAIR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR- 03-0327 MMC |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER** |
| v. | |
| CORIE McNAIR, | |
| Defendant. | |

The parties hereby stipulate that the status conference in this matter, currently set for October 6, 2010 at 2:30 p.m., may be continued to December 8, 2010 at 2:30 p.m.

The reason for the continuance is that 1) additional unknown mental health providers have been discovered in reviewing Mr. McNair's extensive psychiatric history, and those records need to be gathered and reviewed in order for the expert evaluation on the issue of whether it is likely that Mr. McNair will ever regain competency, is completed.  Additionally, Mr. McNair's counsel completed a three week trial in San Francisco Superior Court (*People v. Weible*) on October 1, 2010 and expects to be in another trial beginning on October 8, 2010, so will need the additional time to be ready to proceed on the instant matter.

The Court should find that the time from October 6, 2010 to December 8, 2010 is excluded from Speedy Trial Act computation on the grounds that the defendant is pending examination to determine his competency and such time is excludable under 18 U.S.C 3161(h)(1)(A).

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Date_____

/s/_____
BRENDAN CONROY
Attorney for Defendant


/s/_____
OWEN MARTIKAN
Assistant United States Attorney



GOOD CAUSE APPEARING, the status conference in this matter is continued from October 6, 2010 at 2:30 p.m to December 8, 2010 at 2:30 p.m.  The Court finds that the time from October 6, 2010 to December 8, 2010 should be excluded from Speedy Trial Act computation on the grounds that the defendant is pending examination to determine his competency, and such time is excludable pursuant to 18 U.S.C  3161(h)(1)(A).

Date  October 5, 2010



_____
UNITED STATES DISTRICT COURT

3