BRENDAN CONROY CSB 114726
Attorney at Law
255 Kansas St. Ste. 340
San Francisco, CA 94103
415-565-9600
415-565-9601

Attorney for Defendant
McNAIR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,   NO. CR- 03-0327 MMC

　　　　Plaintiff,   [~~PROPOSED~~] ORDER

　　v.

CORIE McNAIR,

　　　　Defendant.
_____/

TO: UNITED STATES MARSHAL, NORTHERN DISTRICT OF CALIFORNIA:

GOOD CAUSE APPEARING, you are hereby ordered to return defendant CORIE McNAIR to FMC BUTNER located at Old N. Carolina Highway 75, Butner, NC 27509.

Mr. McNair remains committed to the care of the Attorney General pursuant to 18 U.S.C. 4241 per this Court's order of March 8, 2004. Mr. McNair's appearance for future court dates regarding this civil commitment is waived unless otherwise ordered. .

Date  December 23, 2010

_____
UNITED STATES DISTRICT COURT

1