1   BRENDAN CONROY CSB 114726
Attorney at Law
2   255 Kansas St. Ste. 340
San Francisco, CA 94103
3   415-565-9600
415-565-9601
4
Attorney for Defendant
5   McNAIR

6

7                          UNITED STATES DISTRICT COURT

8                       NORTHERN DISTRICT OF CALIFORNIA

9                          SAN FRANCISCO DIVISION

10   UNITED STATES OF AMERICA,                    NO. CR- 03-0327 MMC

11              Plaintiff,                        [PROPOSED] ORDER

12       v.

13   CORIE McNAIR,

14              Defendant.
     _____/

15       **TO: The UNITED STATES MARSHAL, NORTHERN DISTRICT OF**

16   **CALIFORNIA and the BUREAU OF PRISONS**:

17       GOOD CAUSE APPEARING, each of you is hereby ordered as follows:

18       1. Defendant CORIE McNAIR shall be immediately returned to FMC BUTNER,  located

19   at Old N. Carolina Highway 75, Butner,  NC 27509, as he remains incompetent to stand trial. Mr.

20   McNair is committed to the care of the Attorney General pursuant to 18 U.S.C. 4241 per this

21   Court's March 8, 2004 Order; and

22       2. The Bureau of Prison terms is ordered to provide this Court with a report by August 24,

23   2011 on whether (a) Mr. McNair remains incompetent to stand trial; and (b) whether there is a

24   substantial probability that he will regain competence in the foreseeable future.

25        Mr. McNair's appearance for future court dates regarding this civil commitment are

26   waived unless otherwise ordered.

27

28                                               1

1  Approved as to form.

2

3    ____-s-_____

4  OWEN P. MARTIKAN
   Assistant United States Attorney

5

6  Date_ February 2, 2011

7

8                                    _____
                                     UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                     2