MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

OWEN P. MARTIKAN  (CABN 177104)
Assistant United States Attorney
  450 Golden Gate Ave., Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-7200
  Fax: (415) 436-7234
  E-Mail: owen.martikan@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br><br> Plaintiff, ) <br><br> v. ) <br><br> CORIE MCNAIR, ) <br><br> Defendant. ) | No. CR 03-0327 MMC <br><br> NOTICE OF DISMISSAL <br><br> (San Francisco Venue) |

   With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the

United States Attorney for the Northern District of California dismisses the above indictment

without prejudice and moves that the Court quash the arrest warrant issued in connection with

the indictment in this case.

DATED: 5/23/2012

Respectfully submitted,

MELINDA HAAG
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

NOTICE OF DISMISSAL (CR 03-0327 MMC)

1    Leave is granted to the government to dismiss the indictment.

2

3    Date: _____May 23, 2012_____                    _____

                                                          HON. MAXINE M. CHESNEY
4                                                         United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28